UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

WILLIAM T. FUNCHEON, JR.                    CIVIL ACTION NO. 12-762-P

VERSUS                                      JUDGE FOOTE

CADDO PARISH, ET AL.                        MAGISTRATE JUDGE HORNSBY

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, and after an independent review of the record, and noting the lack

of written objections filed by Plaintiff and determining that the findings are correct under the

applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure. This action may be reopened within thirty (30) days of entry of this Judgment

upon a showing of good cause.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 21st day

of September, 2012.

_____

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE